RECEIVED
IN ALEXANDRIA LA.
JUN 17 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| IRA BARCLAY<br>BOP #40343-019 | CIVIL ACTION NO. 13-1610<br>SECTION P |
| VERSUS | JUDGE TRIMBLE |
| U.S. SENTENCING COMMISSION | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly, it is

**ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

Signed in chambers, Lake Charles, Louisiana, on _June 17_, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE